# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | **Case No. 13-33371** |
| **TERRENCE MOOTOO,** | ) | |
| | ) | **Hon. Jacqueline P. Cox** |
| Debtors. | ) | **Hearing: Thurs., 01/14/16 @ 9:30 a.m.** |

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **Thursday, January 14, 2016** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jacqueline P. Cox, presiding in Courtroom 680, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Trustee's Application for Compensation and Expenses** and shall seek entry of an order in accordance therewith.

/s/ Norman B. Newman
Norman B. Newman, Trustee

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on December 2, 2015, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

## SERVICE LIST FOR

Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Terrence Mootoo
489 Good Avenue
Des Plaines, IL 60016

Joseph Doyle
Bizar & Doyle, LLC
123 W. Madison Street, #205
Chicago, IL 60602

EXHIBIT E

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MOOTOO, TERRENCE | ) | Case No. 13-33371 |
| | ) | |
| | ) | Hon. JACQUELINE P. COX |

### TRUSTEE'S APPLICATION FOR
### COMPENSATION AND EXPENSES

To:    THE HONORABLE JACQUELINE P. COX

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330,

requests $6,250.00 as compensation and $0.00 for reimbursement of expenses, $0.00 amount

of which has previously been paid.

## I.  COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of

secured claims are $60,000.00. Pursuant to 11 U.S.C. §326, compensation should be

computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st $5,000.00 | $ | 1,250.00 | ($1,250.00 max) |
| 10% on next $45,000.00 | $ | 4,500.00 | ($4,500.00 max) |
| 5% on next $950,000.00 | $ | 500.00 | ($47,500.00 max) |
| 3% of balance | $ | 0.00 | |
| | | | |
| TOTAL COMPENSATION | $ | 6,250.00 | |

## II.  TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies (0.00 copies @ 0.00¢/copy) | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Other (explain): | $ | 0.00 |
| | | |
| TOTAL EXPENSES | $ | 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.  No payments have previously been made or promised in any capacity in connection with the above case.

Dated: November 5, 2015

s/ NORMAN NEWMAN
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
ADDRESS

# MUCH SHELIST




191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Terrence Mootoo
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **11/04/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0011528.0009**

14 - Trustee Matters

## FEES THROUGH NOVEMBER 4, 2015

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 05/01/14 | NBN | Further review of schedules, SOFA and docket (1.2); Telephone conference with attorney for Wells Fargo regarding mortgage claim and no issue with NBN as Trustee (.20); Telephone conference with Debtor's attorney regarding information information needed regarding assets and liabilities (.30); review cash receipts and disbursement reports (.50). | 2.20 |
| 05/13/14 | NBN | Meet with J. Schwartz regarding motion to employ attorney and status of case. | 0.20 |
| 06/02/14 | NBN | Meet with J. Benson regarding accounting from Debtor's attorney as to fees and regarding Citimortgage motion to lift stay. | 0.30 |
| 06/05/14 | NBN | Correspondences with L. Ottenheimer regarding meeting to discuss asset disposition. | 0.20 |
| 06/11/14 | NBN | Review 2011 and 2012 tax returns. | 0.20 |
| 07/31/14 | NBN | Meet with J. Benson regarding sale approval and telephone call with L. Ottenheimer regarding same. | 0.40 |
| 09/08/14 | NBN | Correspondences with L. Ottenheimer regarding status of settlement agreement. | 0.20 |
| 09/30/14 | NBN | Correspondence to L. Ottenheimer regarding purchase funds coming. | 0.70 |
| 10/02/14 | NBN | Received sale proceeds and prepare claims bar date notice. | 0.30 |
| 10/02/14 | NXS | Open bank account, obtained federal tax id number (.20) and deposited funds received from the sale of real estate (.30). | 0.30 |
| 10/07/14 | NBN | Review notice to creditors regarding bar date. | 0.20 |
| 11/10/14 | NXS | Reconcile bank account. | 0.20 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ▧ 8477 Solution Center ▧ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**



**QUESTIONS?**
billinginquiries@muchshelist.com ▧ www.muchshelist.com

thinking business, practicing law.

# M U C H  S H E L I S T



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Terrence Mootoo
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **11/04/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0011528.0009**

14 - Trustee Matters

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 11/21/14 | NBN | Review order authorizing employment of accountant and letter to C. Cohen regarding signed agreement letter and retainer check (.30); review real estate sold regarding values and liens (.60). | 0.90 |
| 11/21/14 | NXS | Prepare retainer check to Miller Cooper pursuant to order dated 11/20/14. | 0.20 |
| 11/26/14 | NBN | Review claim of IDOR. | 0.20 |
| 12/10/14 | NXS | Reconcile bank account. | 0.20 |
| 12/16/14 | NBN | Review Miller Cooper invoice. | 0.20 |
| 01/05/15 | NBN | Review proofs of claim filed by former lawyers. | 0.20 |
| 01/12/15 | NXS | Reconcile bank account. | 0.20 |
| 01/21/15 | NBN | Discuss outcome of 1/20/15 hearing on objection to IRS claim with J. Benson. | 0.20 |
| 02/10/15 | NBN | Discussion with J. Benson regarding outcome of sanctions vs. IDOR and objection to IRS claim. | 0.20 |
| 02/11/15 | NBN | Discussion with J. Benson regarding motion for sanctions and objection to IRS claim continued. | 0.20 |
| 02/11/15 | NXS | Issue check to Trustee re: blanket bond. | 0.10 |
| 02/12/15 | NXS | Reconcile bank account. | 0.20 |
| 02/19/15 | NBN | Review invoice from Miller Cooper and discuss with C. Cohen. | 0.20 |
| 03/03/15 | NBN | Discussion with J. Gansberg regarding outcome of motion for sanctions vs. IDOR. | 0.20 |
| 03/11/15 | NXS | Reconcile bank statement. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▨ 8477 Solution Center ▨ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**



**QUESTIONS?**
billinginquiries@muchshelist.com ▨ www.muchshelist.com



thinking business, practicing law.

# M U C H  *S H E L I S T*  



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Terrence Mootoo
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **11/04/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0011528.0009**

14 - Trustee Matters

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 03/31/15 | NBN | Discussion with J. Benson regarding sanctions vs. IRS denied and amended returns filed (.20); review amended returns (.30); correspondences with L. Ottenheimer regarding same (.10). | 0.60 |
| 04/14/15 | NXS | Reconcile bank statements. | 0.20 |
| 04/20/15 | NBN | Telephone conference with C. Cohen regarding tax return information. | 0.20 |
| 04/27/15 | NBN | Discussion with J. Benson regarding sanctions matters vs. IRS. | 0.20 |
| 05/15/15 | NXS | Reconcile bank statements. | 0.20 |
| 06/05/15 | NXS | Reconcile bank statements. | 0.20 |
| 07/17/15 | NXS | Reconcile bank statements. | 0.20 |
| 09/02/15 | NXS | Reconcile bank accounts. | 0.20 |
| 09/11/15 | NXS | Reconcile bank accounts for the period ending August, 2015. | 0.20 |
| 09/29/15 | NBN | Telephone conference with J. Doyle attorney for Debtor regarding filing Final Report and estimate administrative expenses. | 0.20 |
| 10/02/15 | NBN | Telephone conference with C. Cohen regarding final bill need for accountant fee application. | 0.20 |
| 10/09/15 | NXS | Reconcile bank accounts. | 0.20 |
| 11/02/15 | NBN | Review updated Claim Register (.30); review sale of real estate for Final Report of Sale (.20). | 0.50 |
| | | **Total Hours** | **12.30** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.