# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: MOOTOO, TERRENCE | § Case No. 13-33371 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 01/14/2016 in Courtroom 680, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  12/02/2015          By:  /s/ Norman B. Newman
                                                                   Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MOOTOO, TERRENCE § Case No. 13-33371
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 60,000.00 |
| *and approved disbursements of* | $ | 3,598.96 |
| *leaving a balance on hand of* [1] | $ | 56,401.04 |
| **Balance on hand:** | $ | 56,401.04 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Wells Fargo Home Mortgage | 60,171.03 | 0.00 | 0.00 | 0.00 |
| 10 | CitiMortgage Inc. | 305,278.35 | 0.00 | 0.00 | 0.00 |
| 13 | Seterus, Inc. | 77,121.50 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 56,401.04 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 6,250.00 | 0.00 | 6,250.00 |
| Attorney for Trustee, Fees - MUCH SHELIST, P.C. | 34,522.00 | 0.00 | 34,522.00 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 77.60 | 0.00 | 77.60 |
| Accountant for Trustee, Fees - MILLER COOPER | 2,854.50 | 2,500.00 | 354.50 |
| Fees, United States Trustee | 975.00 | 0.00 | 975.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 42,179.10 |
| Remaining balance: | $ | 14,221.94 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,221.94

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $50,735.03 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | 44,550.65 | 0.00 | 12,488.35 |
| 15 | Illinois Department of Revnue | 6,184.38 | 0.00 | 1,733.59 |

Total to be paid for priority claims: $ 14,221.94
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 259,174.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Di Giacomo & Somers, LLC | 15,061.12 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 15,497.73 | 0.00 | 0.00 |
| 6 | American Express Bank, FSB | 8,190.36 | 0.00 | 0.00 |
| 7 | American Express Bank, FSB | 2,074.40 | 0.00 | 0.00 |
| 8 | ALTAIR OH XIII, LLC | 7,127.71 | 0.00 | 0.00 |
| 9 | ALTAIR OH XIII, LLC | 50,759.01 | 0.00 | 0.00 |
| 11 | CitiMortgage, Inc. | 143,314.32 | 0.00 | 0.00 |
| 16 | Di Giacomo & Somers, LLC | 692.01 | 0.00 | 0.00 |
| 17 | Di Giacomo & Somers, LLC | 1,067.01 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 18 | Di Giacomo & Somers, LLC | 13,391.12 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 28,923.77 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | 28,923.77 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                                Case No. 13-33371-JPC
Terrence Mootoo                                                       Chapter 7
          Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1           User: mgonzalez              Page 1 of 2             Date Rcvd: Dec 03, 2015
                               Form ID: pdf006              Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2015.
db             +Terrence Mootoo,    489 Good Ave.,    Des Plaines, IL 60016-4813
aty            +Much Shelist Pc,    191 N Wacker Dr,    Ste 1800,    Chicago, IL 60606-1631
20897657       +2905-11 Clark, LLC,    One IBM Plaza, STE S-3300,     Chicago, IL 60611-3586
20897658       +Abn Amro Mortgage Grou,    Po Box 9438,    Gaithersburg, MD 20898-9438
20897660       +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
21136405        American Express Bank, FSB,    c o Becket and Lee LLP,     POB 3001,    Malvern, PA 19355-0701
21089184       +Anthony Wai,    933 N. Howe St.,    Chicago, IL 60610-7685
20897665       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank Of America,     Attention: Recovery Department,
                4161 Peidmont Pkwy.,    Greensboro, NC 27410)
20897662       +Baladoche, LLC,    489 Good Ave.,    Des Plaines, IL 60016-4813
20897666       +Bank of America,    PO Box 21848,    Greensboro, NC 27420-1848
20897663       +Bank of America,    Attn: Cor Unit/CA6-919-02-41,     Po Box 5170,    Simi Valley, CA 93062-5170
20897667       +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
20897671       ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
                (address filed with court:   Citibank Sd, Na,     Citi Corp Credit Services/Attn:Centraliz,
                7920 Nw 110th St,    Kansas City, MO 64195)
20897668       +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
21053159        Capital One Bank (USA), N.A.,    Bankruptcy Section/100-50-01-51,     PO Box 71083,
                Charlotte, NC   28272-1083
20897669       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
20897670        Chase Visa,    PO Box 15153,    Wilmington, DE 19886-5153
21311353        CitiMortgage Inc.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030,     Phone: 866-613-5636,
                Email: Citi.poc@citi.com
21217662       +CitiMortgage, Inc.,    C/O,   Pierce & Associates,     1 N. Dearborn Ste 1300,
                Chicago, IL 60602-4373
21262197       +CitiMortgage, Inc.,    175 North Franklin St. Suite 201,     Chicago, Illinois 60606-1847
20897672       +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
20957689       +Di Giacomo & Somers, LLC,    Attn: Carol A. Di Giacomo,     191 Waukegan Road, Suite 104,
                Northfield, Illinois 60093-2744
20897673       +Dick’s Sporting Goods,    345 Court St.,    Coraopolis, PA 15108-3817
21660528       #Federal National Mortgage Association (Fannie,      c/o Seterus, Inc. as servicer for FNMA,
                P.O. Box 2008,    Grand Rapids, MI 49501-2008
21089188       +Flanagan Bilton,    500 N. Dearborn St., # 400,    Chicago, IL 60654-3386
21089186       +Illinois Department or Revenue,    PO Box 19044,     Springfield, IL 62794-9044
20897674       +Illinois Department or Revenue,    PO Box 19052,     Springfield, IL 62794-9052
21089185       +Jerome H. Meyer & Company,    640 N. LaSalle Dr. # 605,     Chicago, IL 60654-6735
21089187       +Joel Levin,    35 E. Wacker Pl.,    Chicago, IL 60601-2119
20897677       +Northwest Collectors,    1460 Renaissance Dr,    Park Ridge, IL 60068-1331
20897678       +Peoples Gas,    Attention: Bankruptcy Department,     130 E. Randolph 17th Floor,
                Chicago, IL 60601-6207
20897679       +Red Carpet Realty, LLC,    489 Good Ave.,    Des Plaines, IL 60016-4813
21347324       +Suzanne McAulay,    c/o Foley & Lardner LLP,    attn: Geoffrey s. Goodman, Esq.,
                321 N. Clark St., Ste. 2800,    Chicago, IL 60654-5313
20897680       #+Suzanne Mcaulay,    3804 Fargo,    Skokie, IL 60076-3916
20897684       +The Autobarn VW of Mt. Prospect,    333 W. Rand Rd.,     Mount Prospect, IL 60056-1044
20897685       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,     3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court:   Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                Frederick, MD 21701)
20949784       +Wells Fargo Bank, N.A.,    Wells Fargo Home Mortgage,     Attn Bankruptcy Dept MAC #D3347-014,
                3476 Stateview Blvd.,    Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21235914       +E-mail/Text: bncmail@w-legal.com Dec 04 2015 01:18:45      ALTAIR OH XIII, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
20897659        E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2015 01:16:18      Amazon Credit Card,
                GE Capital Retail Bank,    PO Box 965016,   Orlando, FL 32896-5016
20897675        E-mail/Text: cio.bncmail@irs.gov Dec 04 2015 01:17:58      Department of the Treasury,
                Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
21019715        E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2015 01:16:17      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
21006297        E-mail/Text: rev.bankruptcy@illinois.gov Dec 04 2015 01:18:37
                Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                Chicago, IL 60664-0338
21883801       +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Dec 04 2015 01:18:21      Office of the U.S. Trustee,
                219 S Dearborn St  Room 873,    Chicago, IL 60604-2027
                                                                                             TOTAL: 6
```

```
District/off: 0752-1          User: mgonzalez              Page 2 of 2                  Date Rcvd: Dec 03, 2015
                              Form ID: pdf006              Total Noticed: 43
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20897676          National Bank of Canada,    600 De La Gauchetiere 0,    Montreal H3B 4L2
20897681          Tenant
20897682          Tenant 2
20897683          Tenant 3
20897661*        +American Express,    PO Box 3001,    16 General Warren Blvd.,    Malvern, PA 19355-1245
21136406*         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20897664*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
                                                                                               TOTALS: 4, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2015                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2015 at the address(es) listed below:
```
              Andrew J Nelson    on behalf of Creditor    CitiMortgage, Inc. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Carol A. Di Giacomo    on behalf of Creditor    DiGiacomo & Somers, LLC carol@digiacomo-somers.com,
               timothynewbold@hotmail.com
              Geoffrey S. Goodman    on behalf of Interested Party Suzanne  McAulay ggoodman@foley.com,
               egreen@foley.com;khall@foley.com
              Jeffrey M Schwartz    on behalf of Trustee Norman B Newman jschwartz@muchshelist.com,
               nsulak@muchshelist.com
              John A Benson, Jr.    on behalf of Trustee Norman B Newman jbenson@muchshelist.com,
               dwolski@muchshelist.com;sholstrom@muchshelist.com
              Jose G Moreno    on behalf of Creditor    Wells Fargo Bank, N.A. nd-one@il.cslegal.com
              Joseph R Doyle    on behalf of Debtor 1 Terrence  Mootoo joe@bizardoylelaw.com,
               jim@bizardoylelaw.com;nicole@bizardoylelaw.com;craig@bizardoylelaw.com
              Lester A Ottenheimer, III    on behalf of Debtor 1 Terrence  Mootoo lottenheimer@olawgroup.com,
               nfishkin@olawgroup.com
              Nicole K Fishkin    on behalf of Debtor 1 Terrence  Mootoo nfishkin@otrlaw.com
              Norman B Newman    on behalf of Attorney    Much Shelist, P.C. nnewman@muchshelist.com,
               nsulak@muchshelist.com;IL83@ecfcbis.com
              Norman B Newman    on behalf of Accountant    Miller Cooper & Co., Ltd. nnewman@muchshelist.com,
               nsulak@muchshelist.com;IL83@ecfcbis.com
              Norman B Newman     nnewman@muchshelist.com,   nsulak@muchshelist.com;IL83@ecfcbis.com
              Norman B Newman    on behalf of Trustee Norman B Newman nnewman@muchshelist.com,
               nsulak@muchshelist.com;IL83@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert  Lynch, III    on behalf of Creditor    Illinois Department Of Revenue
               robert.lynch2@illinois.gov
              Rocio  Herrera    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae), a
               corporation organized and existing under the laws of the United States of America, beneficiary,
               by Seterus, Inc., its Attorney-in-Fact rocio@johnsonblumberg.com,
               bkecfnotices@johnsonblumberg.com
              Timothy R Yueill    on behalf of Creditor    CitiMortgage, Inc. timothyy@nevellaw.com
              Toni  Townsend    on behalf of Creditor    CitiMortgage, Inc. toni.townsend@pierceservices.com,
               northerndistrict@atty-pierce.com
              Toni  Townsend    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               toni.townsend@pierceservices.com,   northerndistrict@atty-pierce.com
              Toni  Townsend    on behalf of Creditor    Green Tree Servicing LLC
               toni.townsend@pierceservices.com,   northerndistrict@atty-pierce.com
                                                                                               TOTAL: 20
```