# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | Case No. 13-33371 |
| TERRENCE MOOTOO, ) | Hon. Jacqueline P. Cox |
| ) | Hearing: Thursday, January 14, 2016 |
| Debtor. ) | 9:30 a.m. |

## STIPULATION AMONG TRUSTEE, MUCH SHELIST AND DEBTOR WITH RESPECT TO APPLICATION OF TRUSTEE'S ATTORNEYS FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Terrence Mootoo ("Debtor"), Much Shelist, P.C. ("Much Shelist"), attorneys for Norman Newman, not individually but solely as Chapter 7 Trustee (the "Trustee"), and the Trustee hereby stipulate and agree as follows:

1. On August 21, 2013, Debtor filed his petition for relief under Chapter 11, Title 11, United States Code. Debtor's case was subsequently converted to a case under Chapter 7, Title 11, United States Code.

2. The Trustee is the duly appointed and acting Trustee for the referenced estate.

3. On May 14, 2014, this Court entered an Order authorizing the Trustee to retain Much Shelist as his attorneys herein. The Trustee is a Principal with the Much Shelist firm.

4. On December 2, 2015, the Trustee filed the Trustee's Application for Compensation and Expenses (the "Trustee's Fee App.")( Dkt. No. 143) as well as the Application of Much Shelist for Allowance of Final Compensation and Reimbursement of Expenses (the "Much Shelist Fee App."). Dkt. No. 144.

5. By letter to the United States Department of Justice on December 6 and filed with the Court on December 11, 2015 (the "Letter"), Debtor raised certain objections to the Much Shelist Fee App. Dkt. No. 148. Counsel for the Debtor also raised certain objections to the

1

QB\37899018.1

Much Shelist Fee App. in a meeting with the Trustee. Debtor did not raise any objections to the Trustee's Fee App.

6. The objections raised by the Debtor to the Much Shelist Fee App. were predominantly focused on whether certain legal time incurred was more appropriately allocated to Trustee time, and, therefore, included within the Trustee's statutory fee.

7. Following discussion with counsel for the Debtor, the Trustee, on behalf of Much Shelist, has agreed to reduce the Much Shelist Fee App. by a total of $10,000.00. Debtor has agreed that this reduction resolves his objections.

8. The Trustee agrees to and shall (i) file this Stipulation with the Court; and (ii) file a revised proposed order with respect to the Much Shelist Fee App. reflecting that the total amount sought as fee reimbursement is reduced by $10,000.00 to a total of $24,522.00.

9. Following the Trustee's filing of the documents referenced in Paragraph 8 above, Debtor shall withdraw the Letter.

AGREED:

_____
TERRENCE MOOTOO

_____
Norman Newman, Trustee

MUCH SHELIST, P.C.
By: _____
Norman Newman

2

QB\37899018.1