# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MOOTOO, TERRENCE    § Case No. 13-33371
   §
   §
Debtor(s)    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $284,989.65    Assets Exempt: $11,716.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $24,221.94    Claims Discharged
   Without Payment: $288,098.56

Total Expenses of Administration: $35,778.06

   3) Total gross receipts of $ 60,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $60,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,122,724.34 | $442,570.88 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 35,778.06 | 35,778.06 | 35,778.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 70,000.00 | 50,735.03 | 50,735.03 | 24,221.94 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 467,506.00 | 288,098.56 | 288,098.56 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,660,230.34 | $817,182.53 | $374,611.65 | $60,000.00 |

4) This case was originally filed under Chapter 7 on August 21, 2013. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/15/2016          By: /s/NORMAN NEWMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY (489 GOOD, DES PLAINES) | 1110-000 | 12,000.00 |
| REAL PROPERTY (21 W. GOETHE, CHICAGO) | 1110-000 | 12,000.00 |
| REAL PROPERTY (123 LUCKY ST. ATLANTA, GA) | 1110-000 | 12,000.00 |
| REAL PROPERTY (4515 BRIAR, HOUSTON, TX) | 1110-000 | 12,000.00 |
| REAL PROPERTY ( 140 CHMIN, MON-TREMBLANT, QC) | 1110-000 | 12,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$60,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Wells Fargo Home Mortgage | 4110-000 | 59,678.00 | 60,171.03 | 0.00 | 0.00 |
| 10 | CitiMortgage Inc. | 4110-000 | 607,884.00 | 305,278.35 | 0.00 | 0.00 |
| 13 | Seterus, Inc. | 4110-000 | 155,562.00 | 77,121.50 | 0.00 | 0.00 |
| NOTFILED | Citimortgage Inc | 4110-000 | 71,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 65,529.78 | N/A | N/A | 0.00 |
| NOTFILED | The Autobarn VW of Mt. Prospect | 4110-000 | 38,392.56 | N/A | N/A | 0.00 |
| NOTFILED | National Bank of Canada | 4110-000 | 65,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 59,678.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $1,122,724.34 | $442,570.88 | $0.00 | $0.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| United States Trustee | 2950-000 | N/A | 975.00 | 975.00 | 975.00 |
| NORMAN B. NEWMAN, TRUSTEE | 2100-000 | N/A | 6,250.00 | 6,250.00 | 6,250.00 |
| MILLER COOPER | 3410-000 | N/A | 2,854.50 | 2,854.50 | 2,854.50 |
| MUCH SHELIST, P.C. | 3120-000 | N/A | 77.60 | 77.60 | 77.60 |
| MUCH SHELIST, P.C. | 3110-000 | N/A | 24,522.00 | 24,522.00 | 24,522.00 |
| Rabobank, N.A. | 2600-000 | N/A | 80.54 | 80.54 | 80.54 |
| Rabobank, N.A. | 2600-000 | N/A | 77.44 | 77.44 | 77.44 |
| Rabobank, N.A. | 2600-000 | N/A | 93.47 | 93.47 | 93.47 |
| Rabobank, N.A. | 2600-000 | N/A | 82.34 | 82.34 | 82.34 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 21.54 | 21.54 | 21.54 |
| Rabobank, N.A. | 2600-000 | N/A | 76.74 | 76.74 | 76.74 |
| Rabobank, N.A. | 2600-000 | N/A | 87.55 | 87.55 | 87.55 |
| Rabobank, N.A. | 2600-000 | N/A | 81.95 | 81.95 | 81.95 |
| Rabobank, N.A. | 2600-000 | N/A | 79.11 | 79.11 | 79.11 |
| Rabobank, N.A. | 2600-000 | N/A | 87.17 | 87.17 | 87.17 |
| Rabobank, N.A. | 2600-000 | N/A | 84.32 | 84.32 | 84.32 |
| Rabobank, N.A. | 2600-000 | N/A | 78.76 | 78.76 | 78.76 |
| Rabobank, N.A. | 2600-000 | N/A | 86.79 | 86.79 | 86.79 |
| Rabobank, N.A. | 2600-000 | N/A | 81.24 | 81.24 | 81.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $35,778.06 | $35,778.06 | $35,778.06 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | 70,000.00 | 44,550.65 | 44,550.65 | 21,269.39 |
| 12 | Suzanne McAulay | 5100-000 | N/A | N/A | 0.00 | 0.00 |
| 15 | Illinois Department of Revnue | 5800-000 | N/A | 6,184.38 | 6,184.38 | 2,952.55 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $70,000.00 | $50,735.03 | $50,735.03 | $24,221.94 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7300-000 | 70,000.00 | 28,923.77 | 28,923.77 | 0.00 |
| 2 | Di Giacomo & Somers, LLC | 7100-000 | 15,000.00 | 15,061.12 | 15,061.12 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | 15,190.00 | 15,497.73 | 15,497.73 | 0.00 |
| 6 | American Express Bank, FSB | 7100-000 | 8,000.00 | 8,190.36 | 8,190.36 | 0.00 |
| 7 | American Express Bank, FSB | 7100-000 | 2,000.00 | 2,074.40 | 2,074.40 | 0.00 |
| 8 | ALTAIR OH XIII, LLC | 7100-000 | 7,127.00 | 7,127.71 | 7,127.71 | 0.00 |
| 9 | ALTAIR OH XIII, LLC | 7100-000 | 50,917.00 | 50,759.01 | 50,759.01 | 0.00 |
| 11 | CitiMortgage, Inc. | 7100-000 | 284,272.00 | 143,314.32 | 143,314.32 | 0.00 |
| 16 | Di Giacomo & Somers, LLC | 7100-000 | N/A | 692.01 | 692.01 | 0.00 |
| 17 | Di Giacomo & Somers, LLC | 7100-000 | N/A | 1,067.01 | 1,067.01 | 0.00 |
| 18 | Di Giacomo & Somers, LLC | 7100-000 | 15,000.00 | 15,391.12 | 15,391.12 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $467,506.00 | $288,098.56 | $288,098.56 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-33371  
**Case Name:** MOOTOO, TERRENCE  

**Period Ending:** 03/15/16

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 04/29/14 (c)  
**§341(a) Meeting Date:** 05/27/14  
**Claims Bar Date:** 01/05/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY (489 GOOD, DES PLAINES) | 175,000.00 | 0.00 | | 12,000.00 | FA |
| 2 | REAL PROPERTY (21 W. GOETHE, CHICAGO) | 62,500.00 | 0.00 | | 12,000.00 | FA |
| 3 | REAL PROPERTY (123 LUCKY ST. ATLANTA, GA) | 60,000.00 | 0.00 | | 12,000.00 | FA |
| 4 | REAL PROPERTY (4515 BRIAR, HOUSTON, TX) | 55,000.00 | 0.00 | | 12,000.00 | FA |
| 5 | REAL PROPERTY (555 W. CORNELIA, CHICAGO, IL)<br>    Equitable Interest<br>Wife's Property | 75,000.00 | 9,470.22 | | 0.00 | FA |
| 6 | REAL PROPERTY ( 140 CHMIN, MON-TREMBLANT, QC) | 41,500.00 | 0.00 | | 12,000.00 | FA |
| 7 | CHECKING ACCOUNT - CHASE | 250.00 | 250.00 | | 0.00 | FA |
| 8 | CHECKING ACCOUNT - CHASE | 2.50 | 2.50 | | 0.00 | FA |
| 9 | CHECKING ACCOUNT - CHASE | 2.50 | 2.50 | | 0.00 | FA |
| 10 | CHECKING ACCOUNT - CHASE BUSINESS | 175.00 | 175.00 | | 0.00 | FA |
| 11 | CHECKING ACCOUNT - CHASE BUSINESS | 1.65 | 1.65 | | 0.00 | FA |
| 12 | CHECKING ACCOUNT - CHASE BUSINESS | 8.00 | 8.00 | | 0.00 | FA |
| 13 | E-TRADE SAVINGS | 50.00 | 50.00 | | 0.00 | FA |
| 14 | BANK ACCOUNT - NATIONAL BANK OF CANADA | 250.00 | 250.00 | | 0.00 | FA |
| 15 | CHECKING ACCOUNT - WELLS FARGO | 34.00 | 34.00 | | 0.00 | FA |
| 16 | ING SAVINGS ACCOUNT<br>    WIFE'S ACCOUNT | 20,000.00 | 16,000.00 | | 0.00 | FA |
| 17 | CHECKING ACCOUNT<br>    WIFE'S ACCOUNT | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 18 | CERTIFICATE OF DEPOSIT - CHASE<br>    WIFE'S | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 19 | FURNITURE | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 20 | CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 21 | JEWWLRY | 36,000.00 | 36,000.00 | | 0.00 | FA |
| 22 | 401(K) PLAN | 216.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-33371  
**Case Name:** MOOTOO, TERRENCE  

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 04/29/14 (c)  
**§341(a) Meeting Date:** 05/27/14  

**Period Ending:** 03/15/16  
**Claims Bar Date:** 01/05/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | FIDELITY RETIREMENT ACCOUNT | 6,500.00 | 0.00 | | 0.00 | FA |
| 24 | TG AMERITRADE ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 25 | FIDELITY TRADING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 26 | FIDELITY 401(K)<br>  WIFES | 60,000.00 | 0.00 | | 0.00 | FA |
| 27 | FIDELITY IRA | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 28 | E-TRADE ACCOUNT | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 29 | 100% SHARES OF RED CARPET REALTY, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 30 | 50% SHARES OF TERRENCE H. MOOTOO, ESQ., LLC | 0.00 | 0.00 | | 0.00 | FA |
| 31 | 40% SHARES OF BALADOCHE, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 32 | 50% PROCEEDS FROM SALE OF 3020 N. GRESHAM, CHICAG | Unknown | Unknown | | 0.00 | FA |
| 33 | AUTOMOBILE - 2012 TOYOTA RAV-4<br>  WIFES | Unknown | Unknown | | 0.00 | FA |
| 34 | AUTOMOBILE - 2013 VOLKSWAGON | 35,000.00 | 35,000.00 | | 0.00 | FA |
| 34 | **Assets   Totals** (Excluding unknown values) | **$678,989.65** | **$147,743.87** | | **$60,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

  Sold interest in real estate.

**Initial Projected Date Of Final Report (TFR):**   July 31, 2015        **Current Projected Date Of Final Report (TFR):**   December 2, 2015  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-33371  
**Case Name:** MOOTOO, TERRENCE  
**Taxpayer ID #:** **-***0175  
**Period Ending:** 03/15/16  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******5266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/02/14 | | Terrence Mootoo | Trustee's Interest in Real Properties- Order Entered 7/31/14 | | | 60,000.00 | | 60,000.00 |
| | {1} | | Real Property- 489 Good Ave., DesPlaines, IL | 12,000.00 | 1110-000 | | | 60,000.00 |
| | {2} | | Real Property-21 W. Goethe, #17, Chicago, IL | 12,000.00 | 1110-000 | | | 60,000.00 |
| | {3} | | Real Property - 123 Lucky St., Atlanta, GA | 12,000.00 | 1110-000 | | | 60,000.00 |
| | {4} | | Real Property - 4515 Brian Hollow Pl., #311, Houston, TX | 12,000.00 | 1110-000 | | | 60,000.00 |
| | {6} | | Real Property-140 Chemin au Pied de la Montagne, #203, Mont-Tremblant, QC | 12,000.00 | 1110-000 | | | 60,000.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 80.54 | 59,919.46 |
| 11/21/14 | 101 | MILLER COOPER | RETAINER | | 3410-000 | | 2,500.00 | 57,419.46 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 77.44 | 57,342.02 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 93.47 | 57,248.55 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 82.34 | 57,166.21 |
| 02/11/15 | 102 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-33371, Bond Number 10BSBGR6291 Voided on 02/11/15 | | 2300-000 | | 21.07 | 57,145.14 |
| 02/11/15 | 102 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-33371, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | | 2300-000 | | -21.07 | 57,166.21 |
| 02/11/15 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-33371, Bond Number 10BSBGR6291 Voided on 02/11/15 | | 2300-000 | | 21.54 | 57,144.67 |
| 02/11/15 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-33371, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | | 2300-000 | | -21.54 | 57,166.21 |
| 02/11/15 | 104 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-33371, BOND NUMBER 10BSBGR6291 | | 2300-000 | | 21.54 | 57,144.67 |

Subtotals : $60,000.00    $2,855.33

{} Asset reference(s)

Printed: 03/15/2016 04:06 PM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-33371  
**Case Name:** MOOTOO, TERRENCE  

**Taxpayer ID #:** \*\*-\*\*\*0175  
**Period Ending:** 03/15/16  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** \*\*\*\*\*\*5266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.74 | 57,067.93 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.55 | 56,980.38 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.95 | 56,898.43 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.11 | 56,819.32 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.17 | 56,732.15 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.32 | 56,647.83 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.76 | 56,569.07 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.79 | 56,482.28 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.24 | 56,401.04 |
| 01/14/16 | 105 | MILLER COOPER | Dividend paid 100.00% on $2,854.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 354.50 | 56,046.54 |
| 01/14/16 | 106 | United States Trustee | Dividend paid 100.00% on $975.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 975.00 | 55,071.54 |
| 01/14/16 | 107 | NORMAN B. NEWMAN, TRUSTEE | Dividend paid 100.00% on $6,250.00, Trustee Compensation;  Reference: | 2100-000 | | 6,250.00 | 48,821.54 |
| 01/14/16 | 108 | MUCH SHELIST, P.C. | Dividend paid 100.00% on $77.60, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 77.60 | 48,743.94 |
| 01/14/16 | 109 | MUCH SHELIST, P.C. | Dividend paid 100.00% on $24,522.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 24,522.00 | 24,221.94 |
| 01/14/16 | 110 | Internal Revenue Service | Final Distribution Pursuant to Court Order entered on January 14, 2016. | 5800-000 | | 21,269.39 | 2,952.55 |
| 01/14/16 | 111 | Illinois Department of Revnue | Final Distribution Pursuant to Court Order entered on January 14, 2016. | 5800-000 | | 2,952.55 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **60,000.00** | **60,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **60,000.00** | **60,000.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$60,000.00** | **$60,000.00** | |

{} Asset reference(s)

Printed: 03/15/2016 04:06 PM    V.13.25

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 13-33371  
**Case Name:** MOOTOO, TERRENCE  

**Taxpayer ID #:** **-***0175  
**Period Ending:** 03/15/16  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******5266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | **Net Receipts** | **Net Disbursements** | **Account Balances** |
| | | | **Checking # ******5266** | | 60,000.00 | 60,000.00 | 0.00 |
| | | | | | **$60,000.00** | **$60,000.00** | **$0.00** |

{} Asset reference(s)

Printed: 03/15/2016 04:06 PM    V.13.25